IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LYNN OXENBERG, and
RONALD LEWIS,

        Plaintiffs,

     v.

ALEX AZAR,
    in his official capacity as
    Secretary of the U.S. Dep't
    of Health and Human Services

        Defendant.

Civil Action No. 20-738

_____

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the defendant in the above-captioned matter.

                      Respectfully submitted,

                      WILLIAM M. McSWAIN
                      United States Attorney

Dated:  March 5, 2020

                      s/ Matthew E. K. Howatt
                      MATTHEW E. K. HOWATT
                      Assistant United States Attorney
                      615 Chestnut Street, Suite 1250
                      Philadelphia, PA  19106
                      Tel:  215-861-8335
                      Fax:  215-861-8618
                      Matthew.Howatt@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance was filed and served upon all counsel of record through the Court's CM/ECF system.

Dated:  March 5, 2020

s/ Matthew E. K. Howatt
MATTHEW E. K. HOWATT
Assistant United States Attorney