**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNN OXENBERG and RONALD LEWIS *Plaintiffs,* v. ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, *Defendant.* | Civil Action No. 20-738-CMR |

## PRAECIPE

**TO THE CLERK OF THE COURT:**

Please file the enclosed, certified Administrative Record in the above-captioned case pursuant to: (1) 42 U.S.C. § 405(g), made applicable by 42 U.S.C. § 1395ii (allowing for judicial review of the decision of Secretary of the United States Department of Health and Human Services on the administrative record); and (2) Local Rule of Civil Procedure 5.1.2.16.B.1 (excluding administrative records from filing on CM/ECF). The government attaches: (1), as Exhibit 1, the certification of the record; and (2) as Exhibit 2, an index of the documents in the certified record.

Additionally, given current concerns about COVID-19 and physical filings, the Court directed undersigned counsel to confer with the Clerk's office to determine how best to electronically file the Administrative Record without using the Court's CM/ECF system. Pursuant to the direction of Nicole D'urso, Case Processing Supervisor, the Administrative

Record is being transmitted through her to the Court via the U.S. Department of Justice's USAfx file transfer site.

This Administrative Record includes documents that have been Bates-numbered from 001 to 4822.

No redactions from the record are required. *See* Fed. R. Civ. P. 5.2(b)(1) (exempting "the record of an administrative or agency proceeding" from Rule 5.2 redaction requirements). Additionally, counsel for Plaintiffs has confirmed in writing that Plaintiffs have waived any confidentiality or privacy interests in the material in the Administrative Record.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

/s/ Matthew E. K. Howatt
MATTHEW E. K. HOWATT
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
Tel:  215-861-8335
Fax:  215-861-8618
Matthew.Howatt@usdoj.gov

/s/ Eric S. Wolfish
ERIC S. WOLFISH
Special Assistant United States Attorney/
Assistant Regional Counsel, HHS
Eric.Wolfish@hhs.gov

Dated:   April 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing

Praecipe, with index and certification, to be served on all counsel of record via the Court's

CM/ECF system.

Additionally, I have made the certified Administrative Record available electronically to

Plaintiffs' counsel.

/s/ Matthew E. K. Howatt
MATTHEW E. K. HOWATT
Assistant United States Attorney

Dated:  April 20, 2020

# EXHIBIT 1

# United States of America

Department of Health and Human Services

## CERTIFICATION OF TRUE COPY

Pursuant to the provisions of 42 U.S.C. 3505 and the authority vested in me by delegation from the Secretary (See attached), I hereby certify that the annexed are true copies of the documents on file in the Department of Health and Human Services.

IN WITNESS WHEREOF, I have set my hand and caused the seal of the Department of Health and Human Services to be affixed, on this _____3rd_____ day of _____April_____, 2020.



_____
Angela Roach
Executive Director and
Administrative Appeals Judge



DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Washington, D.C. 20201

## MAR - 5 1992

TO:        Chair, Departmental
           Appeals Board

FROM:      Terrence J. Tychan  *Terrence J. Tychan*
           Acting Deputy Assistant Secretary for
           Management and Acquisition

SUBJECT:   Authority to Certify True Copies and Affix the
           Department Seal


Under the authority vested in the Deputy Assistant Secretary for
Management and Acquisition on November 14. 1991 (attached) to
certify true copies and affix the Department Seal for the Office
of the Secretary, I hereby redelegate to the Chair of the
Departmental Appeals Board:

1.   The authority to certify true copies of any books, records,
     papers, or other documents on file within the Department, or
     extracts from such, to certify that true copies are true
     copies of the entire file of the Department, to certify the
     complete original record, or to certify the nonexistence of
     records on file within the Department, and to cause the Seal
     of the Department to be affixed to such certifications.

2.   The authority to cause the Seal to be Affixed to agreements,
     awards, citations, diplomas, and similar documents.

3.   These authorities may be redelegated.

4.   This redelegation supersedes all previous redelegations of
     authorities to the Chair of the Departmental Appeals Board
     relating to this subject. Further redelegations made under
     previous redelegations of authority shall remain in effect
     until appropriate new redelegations are made.

Attachment



**DEPARTMENT OF HEALTH & HUMAN SERVICES**



To:     Angela Roach, Administrative Appeals Judge

From:   Constance B. Tobias ⟨CBT⟩
        Chair, Departmental Appeals Board

Subject: Redelegation of Authority to Certify True Copies and Affix the Department
         Seal

Effective March 5, 1992, the Acting Deputy Secretary for Management and Acquisition of
the Department of Health and Human Services redelegated to me the authority to certify true
copies of certain records and affix the Departmental Seal for the Office of the Secretary.

Effective August 21, 2018, I hereby redelegate to you, as an Administrative Appeals Judge
and the Medicare Operations Division (MOD) Executive Director, these authorities, to be
exercised for all records developed within MOD.

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNN OXENBERG | ) |
| | ) |
| and | ) |
| | ) |
| RONALD LEWIS, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) Civil Action Number: |
| SECRETARY of the | ) |
| UNITED STATES DEPARTMENT OF HEALTH | )    2:20-cv-00738-CMR |
| AND HUMAN SERVICES, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**<u>ADMINISTRATIVE RECORD</u>**

**Lynn Oxenberg & Ronald Lewis**
Appellants

**Lynn Oxenberg & Ronald Lewis**
Beneficiaries

**1-8393258352 & 1-8411344383**
ALJ Appeal Numbers

**Lynn Oxenberg & Ronald Lewis,**
**Plaintiffs**

**v.**

**Secretary of the United States Department of Health and Human Services,**
**Defendant.**

**Court Identification Number: 2:20-cv-00738-CMR**

**Index**

| _Volume 1_ | _Pages_ |
|---|---|

**M-19-2719/M-19-2810 - Beneficiary L.O.**

_M-19-2719 Council Level Filings_

| | |
|---|---|
| Medicare Appeals Council's (Council's) Acknowledgement of Escalation Request and Notice of Stay, Dated January 22, 2020 | 1-4 |
| Appellant's Request for Escalation to Federal Court, Received December 31, 2019 | 5-49 |
| Appellant Request for Escalation to the Council, Received September 10, 2019 | 50-51 |
| Appellant's Request for Review, Received September 9, 2019 | 52-76 |

_M-19-2810 Council Level Filings_

| | |
|---|---|
| Council's Acknowledgement of Escalation Request and Notice of Stay, Dated January 22, 2020 | 77-80 |
| Appellant's Request for Review, Received September 19, 2019 | 81-99 |

_M-19-2032/M-19-1980 Claim File_

| | |
|---|---|
| Miscellaneous Documents | 100-102 |

| | |
|---|---|
| ALJ Decision and Notice of Decision, Dated September 5, 2019 | 103-114 |
| ALJ Exhibit (Exh.) List | 115 |
| Blank DAB-101 (08/09) Form | 116-117 |
| ALJ Exh. 5 | 118-153 |
| ALJ Exh. 4 | 154-169 |
| ALJ Exh. 3 | 170-183 |
| ALJ Exh. 2 | 184-269 |
| ALJ Exh. 1 | 270-711 |
| Hearing Transcript- July 10, 2019 | 712-725 |

### *Volume 2*

### **M-19-2164/M-19-2169 – Beneficiary R.L**

### *M-19-2164 Council Level Filings*

| | |
|---|---|
| Council's Acknowledgement of Escalation Request and Notice of Stay, Dated January 22, 2020 | 726-729 |
| Appellant's Request for Escalation to Federal Court, Received December 31, 2019 | 730-740 |
| Appellant's Request for Review, Received July 5, 2019 | 741-802 |

### *M-19-2169 Council Level Filings*

| | |
|---|---|
| Council's Acknowledgement of Escalation Request, Dated January 22, 2020 | 803-806 |
| Appellant's Request for Review, Received July 8, 2019 | 807-831 |

### *M-19-2164/M-19-2169 Claim File*

| | |
|---|---|
| Miscellaneous Document | 832 |
| ALJ Decision and Notice of Decision, Dated May 30, 2019 | 833-844 |
| Miscellaneous Documents | 845-848 |
| ALJ Exh List | 849 |

| | |
|---|---|
| Blank DAB-101 (08/09) Form | 850-851 |
| ALJ Exh. 5 | 852-871 |
| ALJ Exh. 4 | 872-900 |
| ALJ Exh. 3 | 901-914 |
| ALJ Exh. 2 | 915-942 |
| ALJ Exh. 1 | 943-2747 |
| Duplicates/Non-Probative | 2748-4743 |
| Qualified Independent Contractor's (QIC's) Reconsideration Decision to Appellant's Counsel, Dated March 19, 2019 | 4744-4758 |
| QIC's Reconsideration Decision to Appellant, Dated March 19, 2019 | 4759-4774 |
| QIC's Reconsideration Decision to Provider, Dated March 19, 2019 | 4775-4789 |
| QIC's Correspondence to Appellant's Counsel, Dated February 8, 2019 | 4790-4792 |
| ALJ Hearing Transcript - May 9, 2019 | 4793-4822 |