IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN OXENBERG and RONALD LEWIS<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR II, in his official capacity as the Secretary of the Department of Health and Human Services.<br><br>*Defendant.* | Case No. 2:20-cv-00738-CMR |

# ORDER

**AND NOW**, this 19th day of May 2020, upon consideration of Plaintiffs' Motion to Strike/For Leave to File Sur-Reply, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** in part as follows: Plaintiffs' Sur-Reply is deemed FILED and Defendant's argument raised for the first time in the Sur-Reply Brief will not be stricken.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*