IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN OXENBERG and RONALD LEWIS<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR II, in his official capacity as the Secretary of the Department of Health and Human Services.<br><br>*Defendant.* | Case No. 2:20-cv-00738-CMR |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiffs'

Unconsented Motion For Leave to File Supplement to Motion for Summary Judgment, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs' Supplement is deemed FILED.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN OXENBERG and RONALD LEWIS<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR II, in his official capacity as the Secretary of the Department of Health and Human Services.<br><br>*Defendant.* | Case No. 2:20-cv-00738-CMR |

**PLAINTIFFS' UNCONSENTED MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Lynn Oxenberg and Ronald Lewis ("Plaintiffs"), by and through their undersigned counsel, hereby move for leave to file the attached Supplement to Motion for Summary Judgment/Opposition to Defendant's Motion for Summary Judgment in light of developments in other similar cases and information recently revealed by Defendant Alex Azar II (the "Secretary") that has bearing on the pending Motions for Summary Judgment before this Court. Specifically, at issue in the pending motions is the Secretary's allegation that it would be "unfair" to apply collateral estoppel against the Secretary because the Secretary would have "to appear as a party in *over 400,000* Medicare claim appeals that are filed each year at the ALJ level." *See* Dkt. #17 at 2-3 (emphasis in original). Yet, since the Secretary made that representation to the Court in May of this year, the Secretary has served interrogatory answers in other similar actions indicating that the number of ALJ appeals filed in FY2019 where the beneficiary was represented (and the Secretary, therefore, was permitted to participate) was just 2,602 –

nationwide. In other words, rather than appearing "as a party in over 400,000 Medicare claim appeals that are filed each year at the ALJ level," the Secretary only appeared as a party in, at most, 0.65% of the amount previously represented in FY2019.

Accordingly, Plaintiffs request leave to file the attached five-page supplement that addresses this issue.

Dated:  October 30, 2020                                    Respectfully submitted,


                                                            /s/ *Nicholas R. Rodriguez*
                                                            **REED SMITH LLP**
                                                            Nicholas R. Rodriguez
                                                            Attorney I.D. No. 325327
                                                            Three Logan Square
                                                            1717 Arch Street, Suite 3100
                                                            Philadelphia, PA 19103-7301
                                                            (215) 851-8100
                                                            nrodriguez@reedsmith.com

                                                            **PARRISH LAW OFFICES**
                                                            James C. Pistorino (*Admitted Pro Hac Vice*)
                                                            788 Washington Road
                                                            Pittsburgh, PA 15228
                                                            (412) 561-6250
                                                            james@dparrishlaw.com

                                                            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing Plaintiffs' Unconsented Motion for Leave to File Supplement to Motion for Summary Judgment was filed and served upon all counsel of record through the Court's CM/ECF.

Dated: October 30, 2020

                                                    /s/ *Nicholas R. Rodriguez*